MAG. YANTHIS

JUDGE BRIEANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RENEE MASCUNANA,

        Plaintiff,

        vs.

JOHNSON & JOHNSON, JOHNSON &
JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, L.L.C. f/k/a
R.W. JOHNSON PHARMACEUTICAL
RESEARCH INSTITUTE, and ORTHO-
McNEIL PHARMACEUTICAL, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 07 CIV 7626

ECF Case

**DEFENDANT JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH &
DEVELOPMENT, L.L.C.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. hereby discloses that it is a limited liability company of which Ortho-McNeil Pharmaceutical, Inc. is the sole member. Defendant Ortho-McNeil Pharmaceutical, Inc. is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

12904489.1.LITIGATION

Dated: New York, New York
      August 27, 2007

                                         **DECHERT LLP**

                                         */s/ Patrick G. Broderick*

                                         Robert W. Sparks (RS 4250)
                                         Debra. D. O'Gorman (DO 1643)
                                         Patrick G. Broderick (PB 9556)
                                         30 Rockefeller Plaza
                                         New York, NY 10012
                                         (212) 698-3500

                                         Attorneys for Defendant
                                         Johnson & Johnson Pharmaceutical
                                         Research & Development, L.L.C.

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on August 27, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C.'s Rule 7.1 Disclosure Statement to be served via federal express overnight delivery upon:

>Christopher R. LoPalo, Esq.
>NAPOLI BERN RIPKA & ASSOCIATES, LLP
>115 Broadway
>New York, NY 10006
>
>Attorneys for Plaintiff

Dated: New York, NY
      August 27, 2007

                                              Patrick G. Broderick (PB 9556)