# JUDGE BRIEANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

RENEE MASCUNANA,                    :

        Plaintiff,             :

        vs.                    :   Case No. 07 CIV 7626

JOHNSON & JOHNSON, JOHNSON &        :   ECF Case
JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, L.L.C. f/k/a :
R.W. JOHNSON PHARMACEUTICAL
RESEARCH INSTITUTE, and ORTHO-      :
McNEIL PHARMACEUTICAL, INC.,

        Defendants.            :

------------------------------------X

FILED 2007 AUG 27 PM 4:39 U.S. DISTRICT COURT S.D. OF N.Y.

### DEFENDANT JOHNSON & JOHNSON'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson ("J&J") hereby discloses that it is a publicly held corporation with no publicly held corporation owning ten percent (10%) or more of Johnson & Johnson's stock. Johnson & Johnson further discloses that it does not have a parent corporation.

12904508.1.LITIGATION

Dated: New York, New York
August 27, 2007

                                **DECHERT LLP**

                                */s/ Patrick G. Broderick*
                                Robert W. Sparks (RS 4250)
                                Debra. D. O'Gorman (DO 1643)
                                Patrick G. Broderick (PB 9556)
                                30 Rockefeller Plaza
                                New York, NY 10012
                                (212) 698-3500

                                Attorneys for Defendant
                                Johnson & Johnson

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on August 27, 2007, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson's Rule 7.1 Disclosure Statement to be served via federal express overnight delivery upon:

>Christopher R. LoPalo, Esq.
>NAPOLI BERN RIPKA & ASSOCIATES, LLP
>115 Broadway
>New York, NY 10006
>
>Attorneys for Plaintiff

Dated: New York, NY
August 27, 2007

*Patrick G. Broderick*
Patrick G. Broderick (PB 9556)

12904508.1.LITIGATION