UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------  x

RENEE MASCUNANA,                           :

       Plaintiff,                     :

    vs.                                  :  Case No. 07 CIV 7626

JOHNSON & JOHNSON, JOHNSON &               :
JOHNSON PHARMACEUTICAL                        ECF Case
RESEARCH & DEVELOPMENT, L.L.C. f/k/a       :
R.W. JOHNSON PHARMACEUTICAL
RESEARCH INSTITUTE, and ORTHO-             :
McNEIL PHARMACEUTICAL, INC.,

       Defendants.                    :

                                      :
------------------------------------------  x

FILED U.S. DISTRICT COURT
2007 AUG 27 PM 4:39
S.D. OF N.Y.

### DEFENDANT ORTHO-McNEIL PHARMACEUTICAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Ortho-McNeil Pharmaceutical, Inc. hereby discloses that it is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dated: New York, New York
August 27, 2007

                                      **DECHERT LLP**

                                      *[signature: Patrick G. Broderick]*

Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500

Attorneys for Defendant
Ortho-McNeil Pharmaceutical, Inc.

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on August 27, 2007, I caused a true and correct copy of the foregoing Defendant Ortho-McNeil Pharmaceutical, Inc.'s Rule 7.1 Disclosure Statement to be served via federal express overnight delivery upon:

>Christopher R. LoPalo, Esq.
>NAPOLI BERN RIPKA & ASSOCIATES, LLP
>115 Broadway
>New York, NY 10006
>
>Attorneys for Plaintiff

Dated: New York, NY
      August 27, 2007

*/s/ Patrick G. Broderick*
Patrick G. Broderick (PB 9556)