## CERTIFICATE OF SERVICE

James S. Buino, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on August 29, 2007, I caused a true and correct copy of the foregoing Defendants' Answer, Affirmative Defenses And Jury Demand to be served via electronic case filing upon all parties so registered and upon:

>Christopher R. LoPalo
>NAPOLI BERN RIPKA & ASSOCIATES, LLP
>115 Broadway, 12th Floor
>New York, NY 10006

Dated: New York, NY
      August 29, 2007

>/s/ James S. Buino
>James S. Buino (JB 1980)